(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) **Thomas A. Wilcox JR 00449725**
(Name of Plaintiff)      (Inmate Number)

**302 Samuel Pay DR, R. Village 19901**
(Complete Address with zip code)

(2) **Thomas a. Wilcox Jr 00449725**
(Name of Plaintiff)      (Inmate Number)

**302 Samuel Pay-R Village 19901**
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) **D'ANGELO WILSON**

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

**06-562**

**all my Charge it 11th/**
(Case Number)
( to be assigned by U.S. District Court)

Scanned- BD 9/12/06

CIVIL COMPLAINT

• • Jury Trial Requested

FILED
SEP 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IFP

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Why The State hold me For I'm Sitin Jail on a Case I have Not to do we an it a Young Boy his the Victim he will told you that I have Not to Do we he got hit in his moth, see I leaving his home an I Come Back I Saw Blood in his home

an

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • •(Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • •(Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? What Result the Poilce talk WE the Youngan Lie on me I have Be here Over 50 Day

2. What was the result? The hit in his moth an The Cops talk we two of The Young Boy an DO Not Look at The hand to see has have The Cut

D. If your answer to "B" is No, explain why not: What are you going to do But a man Sit here on a Care he have not to Do we an he hand Cop to

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: D'angelo Wilson — he the Victim'S

Employed as _____ at _____

Mailing address with zip code: APP 4P Rodney Village Dover DEL 19901

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. See I have Not to Do we The Victim I got hit an I have a 11th Change to This help July 8 06 at But 2:30 Pm are What Not D'ANGELO told all three that his mom Will Be home, an That When The Trouble Card an That day I What to Cash my Social Security Checks

2. an Why his The State Still hold me For an What for Superior Court Not Can he Come to Court on my Behelf to I Do Put Paper Work in Come Back I Be here over 50 Day What See I Do Not What to go to trial But I have to do I will I Do Put Habeas Corpus

3. in to Can I have Relief So I Can go Back We my 70 yr old mom She have my Sis Kids to an I We watch this his going to Stop here leaving up to you See Whether I Win or Lost See I'm going to Be The Better man,

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I'm going to leaving up to The Judge Not you modify This an you see What the State his Do Under Stand I got Change on me an I Said

3

2. When This HelP an get mY home KiCK Down ~~Bay~~ State Poilce an get LiE on BaY 2 of The Young Boy an Place We a ll Change on me Whether Not You going to do Im Sit here What to See Of Im going to see my mom What his the Court going to do of The Victim's Come

3. on mY Be helf an he will told You that I have Not to Do We The Young Boy Attack him an he will told You that Thomas a. Wilcox Do Not this What The State going to Do !!!!!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __July__, __2006__.

__D'ANGELO WILSON__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Thomas a. Wilcox JR
SBI# 00449725   PRETRIAL UNIT TECC12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"L. Mail"

WILMINGTON DE 197
08 SEP 2006 PM 3 L

United States District Court
LockBox 18 "8th, Let me Know What Can You do in this"
844 N. King Street
Wilmington Delaware
19801