IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. WILCOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-562-KAJ |
| | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on September 21, 2006, the court entered an order requiring plaintiff to submit, within 30 days from the date the order was sent, a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed without prejudice (D.I. 4);

WHEREAS, to date, the required documents have not been received from plaintiff;

THEREFORE, at Wilmington this 27th day of October, 2006, IT IS HEREBY ORDERED that plaintiff's complaint is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE